IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
| vs. | ) Criminal No.: 4:09-cr-73 |
| | ) |
| Phillip James Williams, | ) |
| | ) |
| Defendant. | ) |

## ORDER

A motion to suppress and a motion in limine were filed in this case on November 23, 2009. (Doc. #643, Doc. #644). Counsel for defendant Williams amended the motion to suppress on December 28, 2009. (Doc. #662). A hearing on the motion to suppress has been scheduled for February 2, 2010. The Government has yet to file a response to the motion to suppress.

The Government is directed to file a response to the motion to suppress and the motion in limine no later than noon on Thursday, January 28, 2010. No further extensions will be granted in this matter. Failure to file a timely response may result in the requested relief being granted.

**IT IS SO ORDERED**.

                                                                    s/Terry L. Wooten
                                                             United States District Judge

January 25, 2010
Florence, South Carolina