IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | C/A No.: 4:09-cv-00073-TLW |
| vs. ) | |
| ) | |
| Phillip James Williams. ) | |
| _____ ) | |

**ORDER**

This matter is now before the Court on Defendant Phillip James William's Motion for Reconsideration filed on July 21, 2014. (Doc. #1310). In the motion, Defendant asserts that the Court should reconsider its June 30, 2014 Order denying the Defendant's Motion to Compel the Government to file a motion for a reduction of Defendant's sentence. The undersigned concludes that no legally sufficient basis exists to alter or amend this Court's June 30, 2014 Order in this case. In particular, the Plaintiff fails to show any intervening change in controlling law, account for any new evidence, or show clear error of law or manifest injustice. Therefore, Plaintiff's Motion to Reconsider is **DENIED**.

**IT IS SO ORDERED**.

s/Terry L. Wooten
Chief United States District Judge

August 18, 2014
Columbia, South Carolina